IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DENISE GRUNINGER : CIVIL ACTION
:
v. :
:
AMERICA'S SERVICING COMPANY : NO. 08-572

ORDER

AND NOW, this 22nd day of February, 2010, upon consideration of the Motion for Summary Judgment of Defendant Wells Fargo Bank, N.A. d/b/a America's Servicing Company (Docket No. 52), the plaintiff's response, the defendant's reply thereto, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendant's motion is GRANTED. Judgment is hereby entered against the plaintiff and for the defendant. This case is closed.

BY THE COURT:

/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.